IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>MARKEL INSURANCE COMPANY,<br><br>            Defendant.       / | No. C -13-05013(EDL)<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |

On January 17, 2014, Defendant filed a request to appear telephonically at the initial case management conference set for January 28, 2014, at 3:00 p.m.  Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED.  Defendant's counsel shall stand by beginning at the date and time above until called by the Court.  No later than two Court days prior, Defendant's counsel shall call the Court's courtroom deputy at 415-522-2066 to provide the Court with a direct dial number to call on for this appearance.

   **IT IS SO ORDERED.**

Dated: January 21, 2014

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge