JAMES C. NIELSEN (111889)
 *jnielsen@nielsenhaley.com*
CHRISTINE B. CUSICK (280646)
 *ccusick@nielsenhaley.com*
NIELSEN, HALEY & ABBOTT LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff,
PHILADELPHIA INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, a Pennsylvania corporation,<br>　　　　Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE COMPANY, a Virginia corporation;<br>　　　　Defendant. | Civil Action No.: 3:13-cv-05013-EDL<br><br>STIPULATION TO DISMISS ACTION WITH PREJUDICE; [PROPOSED] ORDER<br><br>Courtroom: E – 15th Floor<br><br>HONORABLE<br>ELIZABETH D. LAPORTE |

　　　　Plaintiff Philadelphia Indemnity Insurance Company and defendant Markel Insurance Company, through their undersigned counsel of record, hereby stipulate that this action be dismissed with prejudice, and request for an order from this Court dismissing the action with prejudice for good cause, as follows:

　　　　1.　　Plaintiff filed this contribution action on October 28, 2013. On January 27, 2014, plaintiff filed a motion for summary judgment, which motion is set for

hearing in this court on June 17, 2014 at 9:00 a.m. In said motion, plaintiff sought an order for summary judgment that Markel be found liable to Philadelphia for the remainder of Markel's fifty-percent share of the defense and settlement expenses for the underlying lawsuit entitled *Bryanna Robles v. Gregory Tatton, Sonoma Valley Youth Soccer Association, Inc., Sam Honey and Does 1-20*, Sonoma Superior Court No. SCV 247799.

2. All parties attended a mediation on April 7, 2014, in front of mediator Gilda R. Turitz in San Francisco, California. That mediation commenced at 10:30 a.m., and concluded around 3:00 p.m. without a settlement.

3. A settlement of the action was reached by Markel and Philadelphia on April 14, 2014. The final settlement agreement was signed by both parties on May 22, 2014.

4. Accordingly, the parties agree that this action should be dismissed with prejudice at this time, and request an Order dismissing the action with prejudice. Each party will bear his or its own costs and expenses.

RESPECTFULLY SUBMITTED:

Dated: May 28, 2014   **NIELSEN, HALEY & ABBOTT LLP**

By: /s/ Christine B. Cusick
    Christine B. Cusick
    Attorneys for Plaintiff
    PHILADELPHIA INDEMNITY INSURANCE CO.

Dated: May 28, 2014   **MICHELMAN & ROBINSON, LLP**

By: /s/ Lydia E. Hachmeister
    LYDIA E. HACHMEISTER
    Attorneys for Defendant
    MARKEL INSURANCE CO.

1

# [PROPOSED] ORDER

2

3    UPON REVIEW OF THE STIPULATION BETWEEN AND AMONG THE
4  PARTIES, AND GOOD CAUSE BEING SHOWN, THEREFORE,
5    IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each
6  party will bear his or its own costs.

7

8

9  Date: May 29, 2014                 *[signature: Elizabeth D. Laporte]*
10                                     UNITED STATES MAGISTRATE JUDGE

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28